# UNITED STATES COURT OF APPEALS
## For the Fifth Circuit

_____

No. 95-30103
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JEREMIAH JOBE WHITE JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(CR-94-50061-01)
_____

March 12, 1996

Before WISDOM, HIGGINBOTHAM, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jeremiah Jobe White Jr., appeals from his jury trial conviction and sentence for attempt to possess in excess of 500 grams of cocaine with the intent to distribute and conspiracy to commit the same. He contends that the district court erred by denying him pretrial release, by preventing him from filing *pro se* motions while represented by counsel, by refusing to order polygraph examinations of sentencing witnesses, and by enhancing his sentence for obstruction of justice and for his role as an organizer in the offense. In addition, White asserts that the Government improperly cross-examined him, that there is insufficient evidence to support his conviction, and that he received

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

ineffective of counsel. Because the record is not fully developed as to whether the alleged errors committed by White's counsel constitute ineffective assistance, we dismiss this claim without prejudice. With respect to the other errors alleged by White, we have reviewed the record and perceive no reversible error.

The Government's motion to strike evidence presented to this Court for the first time on appeal is DENIED as unnecessary.

AFFIRMED.